THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: **05-57323** |
| **STEPHEN A AZZARELLO** | ) |
| **SHERREL A AZZARELLO** | ) MARILYN SHEA-STONUM |
| | ) BANKRUPTCY JUDGE |
| Debtor(s) | ) |
| | ) TRANSMITTAL OF UNCLAIMED FUNDS |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **Stephen & Sherrel Azzarello**
   **Check No. 715837**
   **Debtors' refund**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $ 1.54 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/14/2009**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>

*[Handwritten: Check # 732006  Receipt # 81149   1.54]*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

jferrise@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| STEPHEN A AZZARELLO<br>875 N. MUNROE RD.<br>TALLMADGE, OH 44278<br>(Via Regular Mail) | SHERREL A AZZARELLO<br>875 N. MUNROE RD.<br>TALLMADGE, OH 44278<br>(Via Regular Mail) |

**MORRIS H. LAATSCH, ATTORNEY (via ECF)**

Date of Service: **12/14/2009**    By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com